UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EXCLUSIVELY CATS VETERINARY HOSPITAL,

        Plaintiffs,

v.

ANESTHETIC VAPORIZER SERVICES, INC.,

        Defendant.
_____/

Case No.  10-10620

Honorable Arthur J. Tarnow
Senior United States District Judge

## SECOND ORDER MODIFYING PROPOSED CLASS ACTION NOTICE [15]

**IT IS HEREBY ORDERED** that the date specified in the class notice [15] for members to opt-out is amended from February 15, 2011 until February 22, 2011.

**SO ORDERED**.


        S/ARTHUR J. TARNOW
        Arthur J. Tarnow
        Senior United States District Judge

Dated:  January 10, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 10, 2011, by electronic and/or ordinary mail.

        S/LISA M. WARE
        Case Manager