UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EXCLUSIVELY CATS VETERINARY HOSPITAL,

    Plaintiff,

v.

ANESTHETIC VAPORIZER SERVICES, INC.,

    Defendant.

_____/

Case No. 10-10620

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

## **JUDGMENT**

In accordance with the Order entered on August 10, 2011,

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment is granted. Judgment is entered in favor of Plaintiff in the amount of **$4,159,500.**

Dated at Detroit, Michigan, this 10th day of August, 2011.

                DAVID J. WEAVER
                CLERK OF THE COURT


                BY: s/Shawntel Jackson
                      Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE